IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG LYNN ALLUMS,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

No. C 13-01496 WHA

**ORDER LIFTING STAY**

Pursuant to defendant's notice, the stay in this action is hereby **LIFTED**. Defendant's answer to plaintiff's motion for summary judgment is due on October 17, 2013, and plaintiff's reply to defendant's answer is due on November 13, 2013.

**IT IS SO ORDERED.**

Dated: October 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE